UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Darrin Anthony Wright                                        Docket No. 5:03-CR-39-1BO

### Petition for Action on Supervised Release

COMES NOW Scott Plaster, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Darrin Anthony Wright, who, upon an earlier plea of guilty to Conspiracy to Make False Statements in Connection with a Firearms Transaction, False Statement in Acquisition of a Firearm and Aiding and Abetting (3 counts), Felon in Possession of a Firearm, and Use and Carry a Firearm During or in Relation to a Drug Trafficking Crime, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 23, 2003, to the custody of the Bureau of Prisons for a term of 306 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 60 months. On December 12, 2005, the period of imprisonment was reduced from 306 months to 240 months, while all other conditions remained the same. On August 5, 2011, the court signed an order which vacated the conviction for Use and Carry a Firearm during or in Relation to a Drug Trafficking Crime.

Darrin Anthony Wright was released from custody on January 27, 2017, at which time the term of supervised release commenced in the Eastern District of New York.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On September 21, 2017, the defendant was arrested and charged with Criminal Possession of a Weapon in the 3rd Degree, Menacing in the 2nd Degree, and Harassment in the 2nd Degree: Physical Contact by the New York Police Department (NYPD). According to the defendant's assigned probation officer, the defendant was involved in a verbal dispute at work with a coworker. The coworker (victim) then called 911 and reported that the defendant had choked him and threatened to kill him with a box cutter. The probation officer made contact with the prosecutor in New York, and the prosecutor indicated that the victim and witness were not cooperating and refused to provide affidavits regarding the incident. As a result, the case is likely to be dismissed in December 2017. Furthermore, the probation officer was able to make contact with the arresting officer who was unable to locate the box cutter allegedly used in the incident. The probation officer also contacted the defendant's supervisor and was told the alleged victim and the defendant did have a verbal dispute, but the victim admitted to the supervisor that there was no physical altercation and no threats were made with or without a weapon. Despite the information uncovered by the probation officer, the defendant requested assistance from the probation officer to help the defendant control his anger. The defendant stated he was concerned about how agitated he became during the verbal dispute with his coworker. As a result, it is requested the conditions of supervised release be modified to include participation in a mental health treatment program. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a mental health treatment program approved by the Probation Department. The defendant shall contribute to the cost of services rendered or any psychotropic medications as prescribed, via co-payment of full payment, in an amount to be determined by the Probation Department, based upon the defendant's ability to pay and/or the availability of third party payment.

Darrin Anthony Wright
Docket No. 5:03-CR-39-1BO
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Jeffrey L. Keller
Jeffrey L. Keller
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Scott Plaster
Scott Plaster
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 919-861-8808
Executed On: November 14, 2017

### ORDER OF THE COURT

Considered and ordered this __14__ day of __November__, 2017, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge